**FILED**
AUG 0 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Antonio Daniel CASAREZ,<br><br>　　　　　Defendant. | Magistrate Case No.: '08 MJ 8689<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about August 1, 2008, within the Southern District of California, defendant Antonio Daniel CASAREZ did knowingly and intentionally import approximately 42.76 kilograms (94.07 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

　　　　　　　　　　　　　　　　　　Timothy L. Henderson
　　　　　　　　　　　　　　　　　　Special Agent
　　　　　　　　　　　　　　　　　　U.S. Immigration & Custom & Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 4th DAY OF AUGUST, 2008.

　　　　　　　　　　　　　　　　　　Peter C. Lewis
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

UNITED STATES OF AMERICA
v.
Antonio Daniel CASAREZ

STATEMENT OF PROBABLE CAUSE

I, Timothy L. Henderson, declare under penalty of perjury that the following statement of probable cause is true to the best of my knowledge.

On August 01, 2008, Antonio Daniel CASAREZ made entry into the United States from Mexico through the Calexico, California West Port of Entry. CASAREZ was the driver of a Honda utility vehicle registered to Julio Miramontes of Los Angeles, California.

Customs and Border Protection Officer (CBPO) F. Lopez received a negative Customs declaration from CASAREZ. CASAREZ was referred to secondary for further inspection.

In secondary, a search of the Honda resulted in the discovery of several packages containing a green leafy substance. A package was probed and a sample of the substance field-tested positive for marijuana. A total of 40 packages were recovered with a combined weight of about 42.76 kilograms.

Special Agent (S/A) Timothy Henderson interviewed CASAREZ. CBPO E. Barroso advised CASAREZ of his rights per Miranda, in Spanish. CASAREZ orally waived his rights, as well as signing the written waiver of rights, agreeing to make a statement.

CASAREZ stated that he knew that controlled substances were in the vehicle. CASAREZ was to be paid to cross the vehicle into the United States and drive it to Calexico, California.

Executed on 08/02/2008 at 00:10 hours.

Timothy L. Henderson, Special Agent

U.S. Immigration and Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of three (3) pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on August 01, 2008, in violation of Title 21 United States Code, Section(s) 952 & 960

Date 8/2/08

United States Magistrate Judge

3pm